ORIGINAL

AO 455 (Rev. 5/85) Waiver of Indictment

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

BENJAMIN LEON COLEMAN
aka Benjamin Rhone

WAIVER OF INDICTMENT

CASE NUMBER: '07 CR 3246 DMS

I, BENJAMIN LEON COLEMAN aka Benjamin Rhone, the above-named defendant, who is accused of ten counts of committing the felony offenses of False Statements on Loan Applications on or about June 2, 2005, September 2005, December 2005, March 6, 2006, March 2006, June 20, 2006, August 14, 2006, October 27, 2006 and January 19, 2007, in violation of Title 18, United States Code, Section 1014; one count of committing the felony offense of False Use of a Social Security Account Number on or about January 19, 2007, in violation of Title 42, United States Code, Section 408(a)(7)(B); one count of the felony offense of Aggravated Identity Theft in or about September 2005, in violation of Title 18, United States Code, Section 1028A(a)(1); and, two counts of the felony offense of Income Tax Evasion on or about April 15, 2006, and April 15, 2007, in violation of Title 26, United States Code, Section 7201; being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on July 14, 2006, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Dated: 10-8-07

FILED
DEC 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BENJAMIN LEON COLEMAN
Defendant

ROGER AGAJANIAN
Attorney for Benjamin Leon Coleman

Before:
HONORABLE
United States Magistrate Judge