# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR 3246-DMS |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Benjamin Leon Coleman (1) | ) | Booking No. 05674-298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __12/13/07__ the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $__30,000 P/S__ bond posted.

__X__ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. 2007 18-1014 False Stat. Loan
6199 26-7201 Income Tax Evasion

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

OR

Received _____     W. SAMUEL HAMRICK, JR.  Clerk
         DUSM               by _____ Deputy Clerk

Crim-9  (Rev 6-95)                                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY