1  Roger Agajanian
2  2901 West Pacific Coast Hwy, Suite 200
3  Newport Beach, CA. 92663
4  (o) 949-258-4347
5  (F) 949-258-4389
6  (C) 714-936-9158
7  Attorney for Benjamin Coleman

FILED
DEC 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  MR  DEPUTY

8           UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    ) Criminal No. 07CR3246 DMS
11 |             Plaintiff,        )
   |                               ) **CONSENT TO RULE 11 PLEA IN A**
   |                               ) **FELONY CASE BEFORE UNITED**
12 | v.                            ) **STATES MAGISTRATE JUDGE**
   |                               )
13 | Benjamin Leon Coleman         )
   |             Defendant.        )
14 | _____ )
15 |                               )

16   I have been advised by my attorney and by the United States
17 Magistrate Judge of my right to enter my plea in this case before
18 a United States District Judge.  I hereby declare my intention to
19 enter a plea of guilty in the above case, and I request and
20 consent to have my plea taken by a United States Magistrate Judge
21 pursuant to Rule 11 of the Federal Rules of Criminal Procedure.
22   I understand that if my plea of guilty is taken by the
23 United States Magistrate Judge, and the Magistrate Judge
24 recommends that the plea be accepted, the assigned United States
25 District Judge will then decide whether to accept or reject any
26 plea agreement I may have with the United States and will
27 adjudicate guilt and impose sentence.
28   I further understand that any objections to the Magistrate

Judge's findings and recommendation must be filed within 14 days of the entry of my guilty plea.

Dated: 12-13-07

_____
Defendant

Dated: 12-13-07

_____
Attorney for Defendant

The United States Attorney consents to have the plea in this case taken by a United States Magistrate Judge pursuant to Criminal Local Rule 11.2.

Dated: 12/13/07

_____
Assistant United States Attorney