Roger Agajanian
Law Offices of Roger Agajanian
123 Mesa Vista Road
Grand Junction, CO 81503



US POSTAGE
$00.970

NIXIE    802    5E 1    74  01/05/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 92101892965    *0104-06643-19-30

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

## Other Orders/Judgments
3:07-cr-03246-DMS USA v. Coleman

# U.S. District Court

# Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 12/17/2007 at 4:21 PM PST and filed on 12/13/2007
**Case Name:** USA v. Coleman
**Case Number:** 3:07-cr-3246
**Filer:**
**Document Number:** 4

**Docket Text:**
ORDER Setting Conditions of Release Bond set for Benjamin Leon Coleman (1) $30,000 P/S secured by deft and one(1) FRA. Signed by Judge Barbara Lynn Major on 12/13/07. (lao)


**3:07-cr-3246-1 Notice has been electronically mailed to:**
U S Attorney CR Efile.dkt.gc2@usdoj.gov

**3:07-cr-3246-1 Notice has been delivered by other means to:**

Roger Agajanian
Law Offices of Roger Agajanian
123 Mesa Vista Road
Grand Junction, CO 81503

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=12/17/2007]

[FileNumber=2325786-0]
[775474e08e8ffa82308f14a7af1b121ee48accd3b1092fc7ddf3f250f2ab7dbf27ee0b239dafed495dfd9e2d8234ff64ae381a2ce180cce6f09eb24177847422]]

Case 3:07-cr-03246-DMS   Document 4   Filed 12/13/2007   Page 1 of 1

**FILED DEC 1 3 2007**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY M

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,  )  CRIMINAL CASE NO. 07CR 3246 - DMS
v.  )
(1) Benjamin Leon Coleman, Defendant.  )  ORDER AND CONDITIONS OF PRETRIAL RELEASE: BAIL (18 U.S.C. § 3142(c))

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). *Good cause appearing*,
   IT IS ORDERED that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):*

**STANDARD CONDITIONS:**

✓ 1. restrict travel to ❏ San Diego County, ☑ Southern District of California, ❏ Central District of California, ❏ State of California, ❏ United States, ☑ do not enter Mexico, ❏ other:_____;
✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;
✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;
✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;
✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;
✓ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

**ADDITIONAL CONDITIONS:**

___ 7. be able to legally remain in the United States during pendency of the proceedings;
___ 8. submit to treatment, and/or testing, as specified by the PSO, for:
    ❏ drugs or alcohol, and/or ❏ psychiatric or psychological counseling;
___ 9. participate in a Global Positioning System (GPS) satellite monitoring program ❏ active ❏ passive, including, release of defendant to PSA custody; and ❏ residence restrictions and/or ❏ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage.
    ❏ submit to supervision and custody of _____; and/or
    ❏ remain at a specified residence (curfew) between the hours of ___ P.M. and ___ A.M. daily;
✓ 10. actively seek and maintain full-time employment, schooling, or combination of both;
✓ 11. execute a personal appearance bond in the amount of $ 30,000 secured by:
    ❏ a trust deed to the United States on real estate approved by a Federal Judge;
    ☑ the co-signatures of _one_ financially responsible (related) adults;
    ☑ Nebbia Hearing ☑ Exam of Sureties ❏ other: _____
___ 12. provide the court with: ❏ a cash bond and/or ❏ execute a bail bond by an approved solvent corporate surety in the amount of $ _____ that covers **ALL** conditions of release (not just appearances).
___ 13. 18 U.S.C.§ 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.
___ 14. clear all warrants/FTA's within ___ days of release.
___ 15. all conditions previously set will remain the same. all
✓ 16. other conditions: ① ∆ must surrender passports and identification documents belonging to ∆ in a name other than Benjamin Leon Coleman to PSA
② ∆ may not engage in any financial transaction without prior approval of PSA
③ ∆ may not work or consult in the financial field.

DATED: 12/13/07                                          _____
                                                          Federal Judge

cc:   Defendant/Counsel & U.S. Pretrial Services

K:\COMMON\EVERYONE\CRIM-49B.WPD
Form Crim-49b(Rev. 8/04)

## Other Orders/Judgments
3:07-cr-03246-DMS USA v. Coleman

# U.S. District Court

# Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 12/17/2007 at 4:38 PM PST and filed on 12/17/2007
**Case Name:**     USA v. Coleman
**Case Number:**   3:07-cr-3246
**Filer:**
**Document Number:** 6

**Docket Text:**
Findings and Recommendation as to Benjamin Leon Coleman: Recommending that the district judge accept the defendant's plea of guilty. Objection must be filed within 14 days of the date of this order. Signed by Judge Barbara Lynn Major on 12/13/07. (lao)


**3:07-cr-3246-1 Notice has been electronically mailed to:**
U S Attorney CR Efile.dkt.gc2@usdoj.gov

**3:07-cr-3246-1 Notice has been delivered by other means to:**

Roger Agajanian
Law Offices of Roger Agajanian
123 Mesa Vista Road
Grand Junction, CO 81503

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1106146653 [Date=12/17/2007]
[FileNumber=2325909-
0]
[c9b4c879ed0d612b76e2bb1a7c0711f843bad9590ea8fc075949163715f95e4d8
6a8d6387a401ec0511c529e0619157fcdfcf86cfbd702660d1f9f0997c93bd]]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN LEON COLEMANN(1),<br><br>Defendant. | Criminal No. **07CR3246-DMS**<br><br>**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

Upon Defendant's request to enter a plea of Guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Magistrate Judge by the District Judge, with the written consents of the Defendant, counsel for the Defendant, and counsel for the United States.

Thereafter, the matter came on for a hearing on Defendant's plea of guilty, in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge, in open court and on the record.

In consideration of that hearing and the allocution made by the Defendant under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney,

///

1     **I make the following FINDINGS - that the Defendant understands:**

2     1.     the right to persist in a plea of "not guilty";

3     2.     the right to a speedy and public trial;

4     3.     the right to be tried by a jury, or the ability to waive that right and have a judge

5         try the case without a jury;

6     4.     the right to the assistance of counsel at trial;

7     5.     that, at trial, there would be the right to confront and cross-examine the witnesses

8         against the Defendant;

9     6.     that, at trial, there is the right to present a defense, and the right to have witnesses

10        subpoenaed to testify on the Defendant's behalf;

11     7.     that, at trial, the Defendant would have the right against compelled self-

12        incrimination;

13     8.     the nature of the charge filed in this case;

14     9.     the maximum possible sentence that could be imposed (including imprisonment,

15        fine, term of supervised release, and mandatory special assessment), the effect of

16        a supervised release term, and that the sentencing guidelines are only advisory so

17        that the Court may sentence Defendant up to the statutory maximum;

18    10.    the terms of the plea agreement;

19    **I further find that:**

20    11.    that Defendant's plea of guilty is made knowingly and voluntarily;

21    12.    the Defendant is competent to enter a plea; and

22    13.    there is a factual basis for Defendant's plea.

23     **I therefore RECOMMEND that the District Judge accept the Defendant's plea of

24 guilty.**

25 ///

26

27

28

1  The sentencing hearing will be before United States District **Judge DANA M.**
2  **SABRAW, on 02/29/08, at 9:00AM**.
3  Objections to these Findings and Recommendation must be filed within 14 days of the
4  date of this order.

7  Dated: 12/13/07

*Barbara L. Major* (signature)

BARBARA L. MAJOR
United States Magistrate Judge

Copies to:

Hon. DANA M. SABRAW
U.S. District Judge

MITCHELL DEMBIN
United States Attorney

ROGER AGAJANIAN
Counsel for Defendant