Randy S. Grossman (SBN 177890)
McKenna Long & Aldridge, LLP
750 B Street Suite 3300
San Diego, CA 92101
TEL: 619/595-5400

FILED

08 MAR -3 AM 8:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT
Southern DISTRICT OF CALIFORNIA

United States of America

v.

Benjamin Leon Coleman

Plaintiff(s)

Defendant(s)

CASE NUMBER:

07CR3246 DMS

**SUBSTITUTION OF ATTORNEY**

Benjamin Leon Coleman
*Name of Party*

[ ] Plaintiff  [X] Defendant  [ ] Other _____

hereby substitutes  Randy S. Grossman, Esq./McKenna Long & Aldridge, LLP  who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  750 B Street, Suite 3300
*Street Address*

San Diego, CA 92101          619/595-5400          619/595-5450          177890
*City, State, Zip Code*       *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of  Roger Agajanian
                                                  *Present Attorney*

Dated: February 26, 2008

*Signature of Party*
Benjamin Leon Coleman

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: February 29, 2008

*Signature of Present Attorney*
Roger Agajanian

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: February 26, 2008

*Signature of New Attorney*
Randy S. Grossman

Substitution of Attorney is hereby  [ ] Approved.  [ ] Denied.

Dated: 2-29-08

United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:**  *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                           G01