1  RANDY S. GROSSMAN (SBN177890)
   GARY K. BRUCKER, JR. (SBN 238644)
2  MCKENNA LONG & ALDRIDGE LLP
   750 B Street, Suite 3300
3  San Diego, CA 92101
   Telephone:   (619) 595-5400
4  Facsimile:    (619) 595-5450

5  Attorneys for Defendant
   BENJAMIN LEON COLEMAN
6
   KAREN P. HEWITT
7  United States Attorney
   MITCHELL D. DEMBIN (SBN 114017)
8  Assistant U.S. Attorney
   Federal Office Building
9  880 Front Street, Room 6293
   San Diego, CA 92101
10 Telephone:   (619) 557-5558

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12
              UNITED STATES DISTRICT COURT
13
              SOUTHERN DISTRICT OF CALIFORNIA
14

15
   UNITED STATES OF AMERICA,           CASE NO. 07CR3246 - DMS
16
              Plaintiff,                **JOINT MOTION BY DEFENDANT
17                                      BENJAMIN LEON COLEMAN AND
   v.                                   PLAINTIFF UNITED STATES OF
18                                      AMERICA TO MODIFY CONDITIONS OF
   BENJAMIN LEON COLEMAN,               PRETRIAL RELEASE**
19
              Defendant.
20

21

22

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

07CR3246

1      Plaintiff, UNITED STATES OF AMERICA, through its counsel, Karen P. Hewitt, United
2 States Attorney, and Mitchell D. Dembin, Assistant United States Attorney, and Defendant
3 BENJAMIN LEON COLEMAN, through his counsel, Randy S. Grossman and Gary K. Brucker,
4 Jr., jointly move as follows:

5      1.     On December 13, 2007, BENJAMIN LEON COLEMAN ("Defendant") made his
6 initial appearance in the above-entitled case before Judge Barbara L. Major, United States
7 Magistrate Judge. At that time, Judge Major issued an order regarding the conditions of pretrial
8 release ("Conditions of Release"). Condition number 1 of the Conditions of Release states,
9 "restrict travel to . . . Southern District of California . . . ."

10      2.    Defendant, who currently resides in San Diego, requests permission to travel
11 throughout the United States of America in order to visit family, and hereby requests the Court to
12 modify condition number 1 of the Conditions of Release to restrict Defendant's travel to the
13 United States, as opposed to the Southern District of California.

14      3.    Defendant agrees to notify Monique Arthur, an Officer with the San Diego Pre-
15 Trial Services Department, within twenty-four (24) hours before he departs the Southern District
16 of California. Such notification will be by telephone, telephone message, or personal contact,
17 whichever is most convenient for the parties at the time. Such notification will include
18 Defendant's itinerary and a home (or hotel) telephone number where he can be reached.
19 Defendant will also notify Ms. Arthur within twenty-four (24) hours of his return to the Southern
20 District of California.

21      4.    On April 7, 2008, Gary K. Brucker, Jr., spoke with Ms. Arthur regarding
22 Defendant's request to travel throughout the United States of America. Ms. Arthur had no
23 objection to the modification specified in paragraph 2 above, so long as Defendant complies with
24 the notification specified in paragraph 3. (*See* Exhibit 1)
25 / / /
26 / / /
27 / / /
28 / / /

In consideration of the foregoing facts and circumstances, the parties respectfully request that the Court grant Defendant's request to modify condition number 1 of the Conditions of Release to restrict Defendant's travel to the United States, as opposed to the Southern District of California.

Dated: April 9, 2008                                        Respectfully Submitted,

                                                            MCKENNA LONG & ALDRIDGE LLP


                                                            By: s/Randy S. Grossman
                                                                Randy S. Grossman
                                                                Attorneys for Defendant
                                                                Benjamin Leon Coleman
                                                                E-mail: rgrossman@mckennalong.com

Dated: April 9, 2008                                        KAREN P. HEWITT
                                                            United States Attorney


                                                            By: s/Mitchell D. Dembin
                                                                Mitchell D. Dembin
                                                                Assistant United States Attorney
                                                                E-mail: mitch.dembin@usdoj.gov

I, Randy S. Grossman, hereby certify that the content of this JOINT MOTION BY DEFENDANT BENJAMIN LEON COLEMAN AND PLAINTIFF UNITED STATES OF AMERICA TO MODIFY CONDITIONS OF PRETRIAL RELEASE is acceptable to all parties who are required to sign this motion. Plaintiff's counsel has authorized Defendant to affix his CM/ECF electronic signature to this document.

Dated: April 9, 2008                                        MCKENNA LONG & ALDRIDGE LLP


                                                            By: s/Randy S. Grossman
                                                                Randy S. Grossman
                                                                Attorneys for Defendant
                                                                Benjamin Leon Coleman
                                                                E-mail: rgrossman@mckennalong.com

SD:22164439.1

# EXHIBIT 1

# McKenna Long & Aldridge LLP
### Attorneys at Law

Suite 3300 • Symphony Towers • 750 B Street • San Diego, CA 92101
Tel: 619.595.5400 • Fax: 619.595.5450
www.mckennalong.com

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
Sacramento
San Diego
San Francisco
Washington, D.C.

GARY K. BRUCKER, JR.
(619) 595-8062

EMAIL ADDRESS
gbrucker@mckennalong.com

April 8, 2008

**VIA U.S. MAIL AND FACSIMILE**

Monique Arthur
United States Pretrial Services
101 W Broadway # 505
San Diego, CA 92127

Re:  *U.S. v. Benjamin Leon Coleman*

Dear Ms. Arthur:

    Yesterday we spoke regarding Mr. Coleman's request to travel outside of the Southern District of California to visit his family. I stated that we, along with Assistant United States Attorney Mitch Dembin, were prepared to file a stipulation and proposed order modifying the terms of Mr. Coleman's pretrial release so that he could travel throughout the United States. You stated that you would not object to such a stipulation and proposed order so long as Mr. Coleman provided you with a travel itinerary and a home (or hotel) telephone number where he could be reached prior to leaving the Southern District of California. If for any reason I have misunderstood our conversation, please contact me or Randy S. Grossman as soon as possible.

Very truly yours,

McKENNA LONG & ALDRIDGE LLP

Gary K. Brucker, Jr.

cc:  Randy S. Grossman, Esq.

Exhibit 1
Page 3