1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 07CR3246 - DMS

12 | Plaintiff, | **ORDER GRANTING JOINT MOTION BY DEFENDANT BENJAMIN LEON COLEMAN AND PLAINTIFF UNITED STATES OF AMERICA TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

13 | v.

14 | BENJAMIN LEON COLEMAN,

15 | Defendant.

16
17

18    Having reviewed the Joint Motion by Defendant Benjamin Leon Coleman and Plaintiff

19 United States of America to Modify Conditions of Pretrial Release, filed on April 9, 2008, and

20 good cause appearing,

21 **IT IS HEREBY ORDERED:**

22    1.    Condition 1 of BENJAMIN LEON COLEMAN'S Conditions of Release shall be

23 modified as described in paragraph 2 of the Joint Motion so that he is permitted to travel within

24 the United States; and

25 ///
26 ///
27 ///
28 ///

07CR3246

2.  Defendant BENJAMIN LEON COLEMAN shall notify Monique Arthur, an Officer with the San Diego Pre-Trial Services Department, of his travel plans as described in paragraph 3 of the Joint Motion.

**IT IS SO ORDERED.**

Dated: _____4-14_____, 2008

_____
UNITED STATES DISTRICT JUDGE

SD:22164407.3