| | |
|---|---|
| 1 | RANDY S. GROSSMAN (SBN177890) |
| | GARY K. BRUCKER, JR. (SBN 238644) |
| 2 | MCKENNA LONG & ALDRIDGE LLP |
| | 750 B Street, Suite 3300 |
| 3 | San Diego, CA  92101 |
| | Telephone:    (619) 595-5400 |
| 4 | Facsimile:     (619) 595-5450 |
| 5 | Attorneys for Defendant |
| | BENJAMIN LEON COLEMAN |
| 6 | |
| 7 | KAREN P. HEWITT |
| | United States Attorney |
| | MITCHELL D. DEMBIN (SBN 114017) |
| 8 | Assistant U.S. Attorney |
| | Federal Office Building |
| 9 | 880 Front Street, Room 6293 |
| | San Diego, CA 92101 |
| 10 | Telephone:    (619) 557-5558 |
| 11 | Attorneys for Plaintiff |
| | UNITED STATES OF AMERICA |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  07CR3246 - DMS |
| Plaintiff, | **JOINT MOTION BY DEFENDANT BENJAMIN LEON COLEMAN AND PLAINTIFF UNITED STATES OF AMERICA TO CONTINUE SENTENCING HEARING** |
| v. | |
| BENJAMIN LEON COLEMAN, | |
| Defendant. | |

Plaintiff, UNITED STATES OF AMERICA, through its counsel, Karen P. Hewitt, United States Attorney, and Mitchell D. Dembin, Assistant United States Attorney, and Defendant BENJAMIN LEON COLEMAN, through his counsel, Randy S. Grossman, jointly move as follows:

1.     On December 13, 2007, Defendant entered a guilty plea pursuant to a plea agreement.  Defendant's sentencing hearing is presently scheduled before the Court on June 20, 2008 at 9:00 a.m.

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

07CR3246

2. The Government's investigation into certain activities related to Defendant's guilty plea is ongoing and is expected to continue at least until August 2008.

Based on the above, the parties believe there is good cause for a continuance. We respectfully request the Court continue Defendant's sentencing hearing until August 29, 2008 at 9:00 a.m.

Dated: May 30, 2008                    Respectfully Submitted,

                                       MCKENNA LONG & ALDRIDGE LLP


                                       By:   s/Randy S. Grossman
                                             Randy S. Grossman
                                             Attorneys for Defendant
                                             Benjamin Leon Coleman
                                             E-mail: rgrossman@mckennalong.com

Dated: May 30, 2008                    KAREN P. HEWITT
                                       United States Attorney


                                       By:   s/Mitchell D. Dembin
                                             Mitchell D. Dembin
                                             Assistant United States Attorney
                                             E-mail: mitch.dembin@usdoj.gov

I, Randy S. Grossman, hereby certify that the content of this JOINT MOTION BY DEFENDANT BENJAMIN LEON COLEMAN AND PLAINTIFF UNITED STATES OF AMERICA TO CONTINUE SENTENCING HEARING is acceptable to all parties who are required to sign this motion. Plaintiff's counsel has authorized Defendant to affix his CM/ECF electronic signature to this document.

Dated: May 30, 2008                    MCKENNA LONG & ALDRIDGE LLP


                                       By:   s/Randy S. Grossman
                                             Randy S. Grossman
                                             Attorneys for Defendant
                                             Benjamin Leon Coleman
                                             E-mail: rgrossman@mckennalong.com

SD:22165596.1

McKenna Long & Aldridge LLP
Attorneys At Law
San Diego