1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,              CASE NO.  07CR3246 - DMS

12                    Plaintiff,            **ORDER GRANTING JOINT MOTION BY**
                                           **DEFENDANT BENJAMIN LEON**
13   v.                                    **COLEMAN AND PLAINTIFF UNITED**
                                           **STATES OF AMERICA TO CONTINUE**
14   BENJAMIN LEON COLEMAN,                **SENTENCING HEARING**

15                    Defendant.

16

17          Having reviewed the Joint Motion by Defendant Benjamin Leon Coleman and Plaintiff

18   United States of America to Continue Sentencing Hearing, filed on May 30, 2008, and good

19   cause appearing,

20   **IT IS HEREBY ORDERED:**

21          1.      Defendant's sentencing hearing, presently scheduled before this Court on June 20,

22   2008 at 9:00 a.m., is hereby continued to August 29, 2008 at 9:00 a.m.

23          **IT IS SO ORDERED.**

24   Dated: 5-30-08

25                                         DANA M. SABRAW
                                           UNITED STATES DISTRICT JUDGE
26

27   SD:22165597.1

28

                                                                              07CR3246