| | |
|---|---|
| 1 | RANDY S. GROSSMAN (SBN177890) |
| | GARY K. BRUCKER, JR. (SBN 238644) |
| 2 | MCKENNA LONG & ALDRIDGE LLP |
| | 750 B Street, Suite 3300 |
| 3 | San Diego, CA  92101 |
| | Telephone:     (619) 595-5400 |
| 4 | Facsimile:      (619) 595-5450 |

Attorneys for Defendant
BENJAMIN LEON COLEMAN

KAREN P. HEWITT
United States Attorney
MITCHELL D. DEMBIN (SBN 114017)
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101
Telephone:     (619) 557-5558

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  07CR3246 - DMS |
| Plaintiff, | **JOINT MOTION BY DEFENDANT BENJAMIN LEON COLEMAN AND PLAINTIFF UNITED STATES OF AMERICA TO CONTINUE SENTENCING HEARING** |
| v. | |
| BENJAMIN LEON COLEMAN, | |
| Defendant. | |

Plaintiff, UNITED STATES OF AMERICA, through its counsel, Karen P. Hewitt, United States Attorney, and Mitchell D. Dembin, Assistant United States Attorney, and Defendant BENJAMIN LEON COLEMAN, through his counsel, Randy S. Grossman, jointly move as follows:

1.    On December 13, 2007, Defendant entered a guilty plea pursuant to a plea agreement.  Defendant's sentencing hearing is presently scheduled before the Court on August 29, 2008 at 9:00 a.m.

2. The Government's investigation into certain activities related to Defendant's guilty plea is ongoing and should be completed in time to go forward with Defendant's sentencing on November 7, 2008. In addition, Defendant's counsel requests additional time to attend to various tasks to ensure mitigating circumstances are presented to the Court under 18 U.S.C. § 3553.

Based on the above, the parties believe there is good cause for a continuance. We respectfully request the Court continue Defendant's sentencing hearing until November 7, 2008 at 9:00 a.m.

Dated: August 13, 2008                    Respectfully Submitted,

                                          MCKENNA LONG & ALDRIDGE LLP


                                          By:  s/Randy S. Grossman
                                              Randy S. Grossman
                                              Attorneys for Defendant
                                              Benjamin Leon Coleman
                                              E-mail: rgrossman@mckennalong.com

Dated: August 13, 2008                    KAREN P. HEWITT
                                          United States Attorney


                                          By:  s/Mitchell D. Dembin
                                              Mitchell D. Dembin
                                              Assistant United States Attorney
                                              E-mail: mitch.dembin@usdoj.gov

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  I, Randy S. Grossman, hereby certify that the content of this JOINT MOTION BY
2  DEFENDANT BENJAMIN LEON COLEMAN AND PLAINTIFF UNITED STATES OF
3  AMERICA TO CONTINUE SENTENCING HEARING is acceptable to all parties who are
4  required to sign this motion.  Plaintiff's counsel has authorized Defendant to affix his CM/ECF
5  electronic signature to this document.

6  Dated: August 13, 2008               MCKENNA LONG & ALDRIDGE LLP

8                                        By:   s/Randy S. Grossman
9                                              Randy S. Grossman
                                                Attorneys for Defendant
                                                Benjamin Leon Coleman
10                                              E-mail: rgrossman@mckennalong.com

11 SD:22167258.1