**U****NITED**** S****TATES OF**** A****MERICA V****. B****ENJAMIN**** L****EON**** C****OLEMAN**
**United States District Court Case No. 07CR3246 - DMS**

## CERTIFICATE OF SERVICE

I, Randy S. Grossman, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **JOINT MOTION BY DEFENDANT BENJAMIN LEON COLEMAN AND PLAINTIFF UNITED STATES OF AMERICA TO CONTINUE SENTENCING HEARING**

- **[PROPOSED] ORDER GRANTING JOINT MOTION BY DEFENDANT BENJAMIN LEON COLEMAN AND PLAINTIFF UNITED STATES OF AMERICA TO CONTINUE SENTENCING HEARING**

as indicated/listed on the United States District Court, Southern District of California's CM/ECF registered email list in the above-referenced matter.

Mitchell D. Dembin                                    *Attorneys for Plaintiffs*
Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619)557-5558
Facsimile: (619)557-7381
Email: Mitch.Dembin@usdoj.gov


via U.S. Mail:


Monique Arthur
United States Pretrial Services
101 W Broadway # 505
San Diego, CA 92101
Email: monique_arthur@caspt.uscourts.gov


Executed on **August 13, 2008,** in San Diego, California.


s/Randy S. Grossman
Randy S. Grossman

- 1 -

07CR3246