**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BENJAMIN LEON COLEMAN,<br><br>　　　　　Defendant. | CASE NO.  07CR3246 - DMS<br><br>**ORDER GRANTING JOINT MOTION BY DEFENDANT BENJAMIN LEON COLEMAN AND PLAINTIFF UNITED STATES OF AMERICA TO CONTINUE SENTENCING HEARING** |

　　　　Having reviewed the Joint Motion by Defendant Benjamin Leon Coleman and Plaintiff United States of America to Continue Sentencing Hearing, filed on August 13, 2008, and good cause appearing,

**IT IS HEREBY ORDERED:**

　　　　1.　　Defendant's sentencing hearing, presently scheduled before this Court on August 29, 2008 at 9:00 a.m., is hereby continued to November 7, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  August 13, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

SD:22167259.1